2023R00067/BL

FILED

AUG 16 2023

AT 8:30  11:50 AM JB
CLERK, U.S. DISTRICT COURT - DNJ

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. (**E**P) |
| v. | : | Crim. No. 23 661 |
| BADER ALZAHRANI | : | 18 U.S.C. § 2313(a) |
| | : | 18 U.S.C. § 2312 |

## INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges as follows:

### COUNT ONE
(Possession of a Stolen Vehicle)

Between on or about January 14, 2023 and on or about January 19, 2023, in Essex County, in the District of New Jersey and elsewhere, the defendant,

**BADER ALZAHRANI,**

knowingly and intentionally received, possessed, concealed, stored, and disposed of a motor vehicle, namely a 2020 Chevrolet School Bus, with the last four digits of the Vehicle Identification Number assigned that vehicle being 9696, which had crossed State boundaries after being stolen, knowing the same to have been stolen.

In violation of Title 18, United States Code, Section 2313(a).

## COUNT TWO
(Transportation of a Stolen Vehicle)

Between on or about January 14, 2023 and on or about January 19, 2023, in Essex County, in the District of New Jersey and elsewhere, the defendant,

**BADER ALZAHRANI,**

knowingly transported in interstate commerce a motor vehicle, namely a 2020 Chevrolet School Bus, with the last four digits of the Vehicle Identification Number assigned that vehicle being 9696, knowing the same to have been stolen.

In violation of Title 18, United States Code, Section 2312.

A TRUE BILL

FOREPERSON

*Philip R. Sellinger*
PHILIP R. SELLINGER
United States Attorney

2

CASE NUMBER: 23-661(EP)

# United States District Court
# District of New Jersey

**UNITED STATES OF AMERICA**

v.

**BADER ALZAHRANI**

## INDICTMENT FOR
18 U.S.C. § 2313(a)
18 U.S.C. § 2312

A True Bill,



Foreperson

PHILIP R. SELLINGER
*UNITED STATES ATTORNEY*
*FOR THE DISTRICT OF NEW JERSEY*

BENJAMIN LEVIN
*ASSISTANT U.S. ATTORNEY*
*NEWARK, NEW JERSEY*
973-645 2762