UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 23-661 (EP) |
| v. | : | **DEFENDANT'S NOTICE OF INSANITY DEFENSE OR OTHER MENTAL DISEASE OR DEFECT PURSUANT TO Fed. R. Cr. Pro. Rule 12.2** |
| BADER ALZAHRANI | : | |

The Defendant, Bader Alzahrani, through his counsel, hereby gives notice of his intention to assert the defense of insanity at the time of the alleged incident, pursuant to Federal Rule of Criminal Procedure 12.2 (a) and/or to present expert evidence relating to a mental disease or defect or other mental condition bearing on the issue of guilt in this case, pursuant to Federal Rule of Criminal Procedure 12.2(b). This notice is being filed in conformity with Rule 12.2.

Dated:  August 22, 2023

   /s/Frederica L. Miller
FREDERICA L. MILLER, ESQ.
Counsel for Bader Alzahrani

   /s/ Alan C. Lippel
ALAN C. LIPPEL, ESQ.
Counsel for Bader Alzahrani

1