

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*Benjamin Levin*  　　　　　　　　　　　　　970 Broad Street, Suite 700
*Assistant United States Attorney*  　　　　Newark, New Jersey 07102

　　　　　　　　　　　　　　　　　　　　　Direct Dial: (973) 645-2762

May 1, 2024

<u>**Via ECF**</u>

Honorable Evelyn Padin, U.S.D.J.
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

　　　　Re:　*United States v. Bader Alzahrani*, Crim. No. 23-661 (EP)

Dear Judge Padin:

　　In response to the Defendant's letter dated April 24, 2024, *see* ECF No. 49, the Government writes to confirm that the Government did not follow, nor surveil the Defendant in the months leading up to his arrest. The Defendant came to the attention of the Federal Bureau of Investigation (the "FBI") on or about January 18, 2023 when the FBI was alerted to the theft of the school bus from Livingston, New Jersey. Accordingly, the "reports, photos, videos, audio recordings or transcripts" that the Defendant seeks from the months leading up to his arrest do not exist.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　PHILIP R. SELLINGER
　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　By:　Benjamin Levin
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

cc:　Frederica Miller, Esq. and Alan Lippel, Esq., *Counsel for Bader Alzahrani* (via ECF)