Law Offices of
## FREDERICA L. MILLER, PLLC
299 Broadway
Suite 800
New York, New York 10007

Admitted to Practice
in NY, NJ & CT

Tel (212) 661-6844
Fax (212) 661-5844
Email frederica.miller@gmail.com

June 26, 2024

The Honorable Evelyn Padin, U.S.D.J.
United States District Court, District of New Jersey
50 Walnut Street, Suite 4015
Newark, NJ 07102

    Re: <u>USA v. Bader Alzahrani</u>, Crim. No. 23 661 (EP)

Dear Judge Padin,

    I submit this letter to request a virtual status conference in this matter.

                                      Respectfully submitted,

                                      Frederica L. Miller
                                      Counsel for Bader Alzahrani

cc: AUSA Benjamin Levin
     Alan C. Lippel, Esq.