UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

NEWARK
Judge: EVELYN PADIN                     Date: 9/9/2024
Court Reporter: MELISSA MORMILE         Docket No: 23-cr-661

**Title of the Case:**
USA
v.
BADER ALZAHRANI

**Appearances:**
AUSA Benjamin Levin for USA
Frederica Miller and Alan Lippel for Defendant
Marwan Abdel-Rahman- Arabic Interpreter

**Nature of Proceedings:** Sentencing

- **Defendant present and sworn in**
- **Interpreter present and sworn in**
- **Court notes defendant's offense level is a 2 and criminal history category is a 1**
- **Sentence: TIME SERVED**
- **Supervised Release: N/A**
- **Restitution in the amount of $4287.62**
  - **$2,987.62 will be paid to the Livingston Board of Education, Transportation Department**
  - **$1,300 to be paid to Owner of property A- I.I.**
- **Fine waived**
- **Special assessment of $100 due immediately**
- **Defendant will be removed to Saudi Arabia on 9/10/24**
- **Advised of right to appeal**
- **The Government dismisses count 2 of the Indictment**

Commenced: 11:15am
Concluded: 11:31am

*Briana Townsend, Deputy Clerk*
to the Hon. Evelyn Padin, U.S.D.J.