UNITED STATES DISTRICT COURT
District of New Jersey

UNITED STATES OF AMERICA

v.

BADER ALZAHRANI

Defendant.

CASE NUMBER   2:23-CR-00661-EP-1

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, BADER ALZAHRANI, was represented by FREDERICA L MILLER and ALAN LIPPEL.

On motion of the United States, the court has dismissed count(s) 2.

The defendant pleaded guilty to count(s) 1 of the INDICTMENT on 8/14/2024.   Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense | Count Number(s) |
|---|---|---|---|
| 18:2313(a) | POSSESSION OF A STOLEN VEHICLES | 1/14/2023 AND 1/19/2023 | 1 |

As pronounced on September 09, 2024, the defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must pay to the United States a special assessment of $100.00 for count(s) 1, which shall be due immediately.  Said special assessment shall be made payable to the Clerk, U.S. District Court.

It is further ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

Signed this 9th day of September, 2024.

Evelyn Padin
U.S. District Judge

07102

Defendant: BADER ALZAHRANI  
Case Number: 2:23-CR-00661-EP-1

Judgment - Page 2 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of TIME SERVED. The Defendant has accepted a written order of removal to Saudi Arabia issued by this Court as final disposition of the proceedings.

The defendant will remain in custody pending service of sentence.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ To _____  
At _____, with a certified copy of this Judgment.

_____  
United States Marshal

By _____  
Deputy Marshal

Defendant: BADER ALZAHRANI  
Case Number: 2:23-CR-00661-EP-1

Judgment - Page 3 of 3

# RESTITUTION AND FORFEITURE

## RESTITUTION

The defendant shall make restitution in the amount of $4,287.62. Payments should be made payable to the **U.S. Treasury** and mailed to Clerk, U.S.D.C., 402 East State Street, Rm 2020, Trenton, New Jersey 08608, for proportionate distribution to the following victims in the following amounts:

| Name of Payee (Victim) | Amount of Restitution |
|---|---|
| Livingston Board of Education, Transportation Department<br>Attn: Bertha Bermudez, Transportation Manager<br>11 Foxcroft Drive<br>Livingston, NJ 07039 | $2,987.62 |
| Owner of Property A- I.I. | $1,300.00 |

The restitution is due immediately and shall be paid in full within 30 days of sentencing.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.